(No. 805—Claimant awarded $477.47.)

Peerless Coal Company, Claimant, *vs.* State of Illinois,
Respondent.

*Opinion filed November 9, 1926.*

War tax—*refund may be made.* This case is controlled by the decision
of the court in *Clark Coal & Coke Co.* v. *State, supra.*

Graham & Graham, for claimant.

Oscar E. Carlstrom, Attorney General; Frank R. Eagle-
ton, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the
court:

The facts disclosed in this claim are similar to the case of
Clark, Coal and Coke Company, No. 821, in which it appeared
that no claim was made for war tax on shipments of coal to
Institutions under the control of defendants. Representatives
of defendant were advised that no war tax would be required
on freight charges on the shipments of coal made to State In-
stitutions. However after the transaction was closed, the
federal authorities collected this tax from claimant and for
reasons set forth in the Clark case it is the opinion of this
court that claimant is entitled to recover the amount of the
tax.

Therefore it is ordered by the court that claimant be al-
lowed the sum of $477.47.